1  WILLIAM E. WEISS (SBN 73108)
   LAW OFFICES OF WILLIAM E. WEISS
2  130 Sutter Street, 7th Floor
   San Francisco, California 94104
3  Telephone:    (415) 362-6765
   Facsimile:    (415) 362-2405
4
   Attorney for Plaintiff,
5  *JOSEPH FLOWERS*

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10

11  JOSEPH FLOWERS,                    )  Case No. C 08-02368 HRL
                                       )
12         Plaintiff,                  )  **DECLINATION TO PROCEED BEFORE**
                                       )  **A MAGISTRATE JUDGE**
13  vs.                                )            **AND**
                                       )  **REQUEST FOR REASSIGNMENT TO A**
14  INTERSCOPE RECORDS INC.,           )  **UNITED STATES DISTRICT JUDGE**
    UNIVERSAL MUSIC CORPORATION,       )
15  AMARU ENTERTAINMENT INC., TUFF     )
    JEW PRODUCTIONS LLC, and SCOTT     )
16  STORCH                             )
                                       )
17         Defendants.                 )

18
           REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
19
           The undersigned party hereby declines to consent to the assignment of this case to a
20
   United States Magistrate Judge for trial and disposition and hereby requests the reassignment of
21
   this case to a United States District Judge.
22

23
   Dated:  May 9, 2008                       Signature  /s/ WILLIAM E. WEISS
24                                           Counsel for Plaintiff
                                             (Plaintiff, Defendant, or indicate "pro se")
25

26

27

28