UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

Joseph Flowers,

        Plaintiff,

  v.

Interscope Records, Inc., et. al.,

        Defendants.

_____/

No. C08-02368

**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for August 26, 2008 before the Honorable Judge Howard R. Lloyd has been continued to **August 29, 2008** at 10:30 a.m. before the Honorable Judge Ronald M. Whyte. Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are to submit a Joint Case Management Statement on August 22, 2008.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.

Dated: May 14, 2008

RICHARD W. WIEKING,
Clerk of Court

    /s/*Patty Cromwell*
Patty Cromwell
Courtroom Deputy for
Magistrate Judge Howard R. Lloyd

THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

William Edward Weiss    weisslaw1@williameweiss.com