Eric J. Farber (SBN 169472)
Kevin F. Rooney (SBN 184096)
PINNACLE LAW GROUP, LLP
425 California Street, Suite 1800
San Francisco, California 94104
Telephone: (415) 394-5700
Facsimile: (415) 394-5003

Attorneys for Plaintiffs:
Amaru Entertainment, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## San Jose Division

| | |
|---|---|
| JOSEPH FLOWERS,<br><br>　　　　　Plaintiff,<br>vs.<br>INTERSCOPE RECORDS *et al.*<br><br>　　　　　Defendants. | Case No.: CV 08-02368 RMW<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT AMARU ENTERTAINMENT, INC. TO RESPOND TO COMPLAINT** |

　　　　Whereas, counsel for plaintiff and defendant Amaru Entertainment, Inc. desire additional time to discuss the merits of this action;

　　　　Whereas, there have been no prior time modifications in this case; and

　　　　Whereas, the extension of time to respond to the Complaint should have no effect on the schedule for this case;

　　　　IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record, pursuant to Local Rule 6-1(a), that Defendant Amaru Entertainment, Inc. shall have up to and including September 10, 2008 to answer, move, or otherwise respond to the Complaint.

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

7026.020/00049327
Case No. CV 08--02368

1

**STIPULATION TO EXTEND TIME FOR DEFENDANT AMARU ENTERTAINMENT, INC. TO RESPOND TO COMPLAINT**

| | | |
|---|---|---|
| 1 | Dated: July 24, 2008 | PINNACLE LAW GROUP, LLP |
| 3 | | By:   /s/ *Kevin F. Rooney* |
| 4 | | Kevin F. Rooney |
| | | Attorneys for Defendant Amaru Entertainment, Inc. |
| 7 | Dated: July 24, 2008 | LAW OFFICES OF WILLIAM E. WEISS |
| 9 | | By:   /s/ *William E. Weiss* |
| | | Law Offices of William Weiss |
| 10 | | Attorneys for Plaintiff |

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

7026.020/00049327
Case No. CV 08--02368

2

**STIPULATION TO EXTEND TIME FOR DEFENDANT AMARU ENTERTAINMENT, INC. TO RESPOND TO COMPLAINT**

Eric J. Farber (SBN 169472)
Kevin F. Rooney (SBN 184096)
PINNACLE LAW GROUP, LLP
425 California Street, Suite 1800
San Francisco, California 94104
Telephone: (415) 394-5700
Facsimile: (415) 394-5003

Attorneys for Plaintiffs:
Amaru Entertainment, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### San Jose Division

| | |
|---|---|
| JOSEPH FLOWERS,<br><br>        Plaintiff,<br>vs.<br>INTERSCOPE RECORDS *et al.*<br><br>        Defendants. | **Case No.: CV 08-02368 RMW**<br><br>**[PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT AMARU ENTERTAINMENT, INC. TO RESPOND TO COMPLAINT** |

    Based on the stipulation of counsel and good cause appearing therefore, IT IS HEREBY ORDERED that Defendant Amaru Entertainment, Inc. shall have up to and including September 10, 2008 to answer, move, or otherwise respond to the Complaint.

Dated: _____, 2008     _____
**Hon. Ronald M. Whyte**
**United States District Court Judge**

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

7026.020/00049327
Case No. CV 08-02368 RMW

1

**[PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT AMARU ENTERTAINMENT, INC. TO RESPOND TO COMPLAINT**

# CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2008 I electronically filed the foregoing **STIPULATION TO EXTEND TIME FOR DEFENDANT AMARU ENTERTAINMENT, INC. TO RESPOND TO COMPLAINT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to registered parties.

/s/  *Shauna Hardeman*

Shauna Hardeman

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

7026.020/00049327
Case No.  CV 08--02368

1

**CERTIFICATE OF SERVICE RE STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**