Eric J. Farber (SBN 169472)
Kevin F. Rooney (SBN 184096)
PINNACLE LAW GROUP, LLP
425 California Street, Suite 1800
San Francisco, California 94104
Telephone: (415) 394-5700
Facsimile: (415) 394-5003

Attorneys for Plaintiffs:
Amaru Entertainment, Inc.

*E-FILED - 8/6/08*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### San Jose Division

JOSEPH FLOWERS,

        Plaintiff,

vs.

INTERSCOPE RECORDS *et al.*

        Defendants.

Case No.: CV 08-02368 RMW

[] ORDER TO EXTEND TIME FOR DEFENDANT AMARU ENTERTAINMENT, INC. TO RESPOND TO COMPLAINT

    Based on the stipulation of counsel and good cause appearing therefore, IT IS HEREBY ORDERED that Defendant Amaru Entertainment, Inc. shall have up to and including September 10, 2008 to answer, move, or otherwise respond to the Complaint.

Dated: __8/6___, 2008

                                            */s/ Ronald M. Whyte*
                                          **Hon. Ronald M. Whyte**
                                          **United States District Court Judge**

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

7026.020/00049327
Case No. CV 08-02368 RMW

1 ] ORDER TO EXTEND TIME FOR
DEFENDANT AMARU ENTERTAINMENT, INC.
TO RESPOND TO COMPLAINT