1  WILLIAM E. WEISS (SBN 73108)
   LAW OFFICES OF WILLIAM E. WEISS
2  130 Sutter Street, 7th Floor
   San Francisco, California 94104
3  Telephone:    (415) 362-6765
   Facsimile:     (415) 362-2405
4
   Attorney for Plaintiff,
5  *JOSEPH FLOWERS*

6

7

8                **UNITED STATES DISTRICT COURT**

9                **NORTHERN DISTRICT OF CALIFORNIA**

10

11  JOSEPH FLOWERS,                )  Case No. C 08-02368 RMW
                                   )
12         Plaintiff,               )  **NOTICE OF DISMISSAL PURSUANT**
                                   )  **RULE 41 of the Federal Rules of Procedure**
13  vs.                             )
                                   )
14  INTERSCOPE RECORDS INC.,        )
    UNIVERSAL MUSIC CORPORATION,    )
15  AMARU ENTERTAINMENT INC., TUFF  )
    JEW PRODUCTIONS LLC, and SCOTT  )
16  STORCH                          )
                                   )
17         Defendants.              )

18
        Plaintiff dismisses this action without prejudice pursuant to Rule 41 of the Federal Rules
19
    of Civil Procedure.
20
    Dated:  August 25, 2008                    Signature   /s/ WILLIAM E. WEISS
21                                             Counsel for Plaintiff
                                               JOSEPH FLOWERS
22

23

24

25

26

27

28